## STATE OF NORTH CAROLINA v. JOHN McRAE SYKES

### No. 7319SC171

### (Filed 14 February 1973)

**Automobiles §§ 3, 127— driving while license was revoked — drunken driving — sufficiency of evidence**

The evidence was sufficient to support jury verdicts finding defendant guilty of driving while his license was permanently revoked and driving under the influence of intoxicants after he had been twice previously convicted of the same offense.

APPEAL by defendant from *McConnell, Judge,* 23 October 1972 Session of Superior Court held in MONTGOMERY County.

Defendant was charged with (1) driving a motor vehicle upon the highways of the State while his operator's license was permanently revoked and (2) driving a vehicle on the highways of the State while under the influence of intoxicating liquor after he had been twice previously convicted of the same offense. In each case the jury found him guilty as charged. From judgments imposing sentences, defendant appealed.

*Attorney General Robert Morgan by Associate Attorney Howard A. Kramer for the State.*

*Bell, Ogburn & Redding by Deane F. Bell for defendant appellant.*

PARKER, Judge.

The only exceptions and assignments of error are directed to denial of defendant's motions for dismissal and for judgment as of nonsuit made at the close of the State's evidence and renewed at the close of all of the evidence. There was substantial evidence to support the jury's findings that defendant was guilty of all essential elements of the offenses charged. After careful review of the entire record we find

No error.

Judges BRITT and VAUGHN concur.